IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SAUL DIAZ-ROGEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-1777-RP |
| | § | |
| TODD BLANCHE, *in his official capacity as* | § | |
| *Acting U.S. Attorney General*, et al., | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Before the Court is Petitioner Christopher Saul Diaz-Rogel's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). Petitioner asks this Court to issue a writ of habeas corpus because his ongoing detention under 8 U.S.C. § 1225(b)(2) violates his due process rights. (*Id.*). On July 9, 2026, Respondents filed a response in this matter, asserting that Petitioner is held under "8 U.S.C. § 1225(b)(2) *and* the Laken Riley Act," pointing to his arrest and charge for burglary, which was subsequently dismissed. (Resp., Dkt. 4, at 1–3). As such, **IT IS ORDERED** that Petitioner shall provide a reply addressing Respondents' assertion of detention authority under § 1226(c) on or before **July 15, 2026**.

**SIGNED** on July 9, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE